IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN ANTONIO MOUTON,    ) | No. C 06-5375 JSW (PR) |
| )   Petitioner,    ) | ORDER OF DISMISSAL |
| )   vs.    ) | |
| )   CHRIS CHRONES, Warden,    ) | |
| )   Respondent.    ) | |

   On August 31, 2006, Petitioner filed this pro se petition for a writ of habeas corpus. On the same day that the petition was filed, the Court sent a notification to Petitioner informing him that he had not submitted the filing fee or an application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to respond to the Court's request within thirty days. Petitioner has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or submit an forma pauperis application.

   IT IS SO ORDERED.

DATED:  02/09/07

JEFFREY S. WHITE
United States District Judge